U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2018

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

### Re: United States v. Donald Cosman
### 16 Cr. 578 (KMK)

Dear Judge Karas:

    We write to respectfully request that the Court issue an order directing the U.S. Probation Office to prepare a presentence report for the defendant Donald Cosman in the above referenced case. We also request that the Court schedule a sentencing date in this case.

    On August 31, 2016, pursuant to an agreement with the Government, Mr. Cosman pleaded guilty to a four-count Information charging him with conspiracy to deprive civil rights, the deprivation of civil rights under color of law, conspiracy to falsify records, and falsifying records before Judge Briccetti. As the Court will recall, Mr. Cosman testified at the trial of *United States v. Kathy Scott & George Santiago, Jr.*, 16 Cr. 626 (KMK) in November 2017. On or about December 7, 2017, Mr. Cosman's case was transferred from Judge Briccetti to your Honor.

Granted.
So ordered.
/s/ KMK
7/27/18

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by:   s/Andrew S. Dember
     Andrew S. Dember/Pierre G. Armand
     Assistant United States Attorneys
     (212) 637-2563/2724

cc:   Jeffrey B. Einhorn, Esq. (By ECF)
     Jeffrey H. Lichtman, Esq. (By ECF)